**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | **8:03CR25** |
| vs. | ) | |
| RAYSHAWN CHARLES ABRAM, | ) ) ) | **ORDER** |
| Defendant. | ) | |

Defendant Rayshawn Charles Abram appeared before the court on Tuesday, November 10, 2009 on a Petition for Warrant or Summons for Offender Under Supervision [66]. The defendant was represented by Assistant Federal Public Defender Jeffrey L. Thomas and the United States was represented by Assistant U.S. Attorney Nancy A. Svoboda. The government moved for detention. However, the defendant is in state custody. Therefore, the government's oral motion for detention and the preliminary examination shall be held in abeyance.

**IT IS ORDERED**:

1.      A final dispositional hearing will be held before  Judge Joseph F. Bataillon in Courtroom No.3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **December 18, 2009 at 3:00 p.m.**  Defendant must be present in person.

2.      The government's motion for detention and a preliminary examination,  pursuant to the Bail Reform Act,  is held in abeyance pending the defendant's coming into federal custody.

3.      The U.S. Marshal  is authorized to return the defendant to the custody of Nebraska state authorities pending the final disposition of this matter and the U.S. Marshal for the District of Nebraska is directed to place a detainer with the correctional officer having custody of the defendant.

DATED this 10th day of November, 2009.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge