IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RAYSHAWN CHARLES EDWARD ABRAM, <br><br> Defendant. | 8:03CR25 <br><br> **ORDER** |

This matter comes before the Court on the defendant's informal request for early termination of supervised release. The United States objects to early termination.

Mr. Abram was initially convicted of possession of a firearm by a felon. In 2010, while on release, he was charged with attempted first-degree murder, use of a deadly weapon to commit a felony, and witness tampering in Nebraska state court. His supervised release was revoked as a result of these charges, and he was sentenced to time served with two years of supervised release to follow his release from state custody.

Mr. Abram has been on supervision since his release from state custody in October of 2021. Mr. Abram had an initial positive drug test for marijuana but has had no further issues since that time. He has published two separate books he authored while in prison and has been showcased through different events and radio shows. He has started three separate businesses, has been signed as a musician, and released an album.

The Court notes Mr. Abram has made remarkable strides in moving forward with his life in a law-abiding fashion. However, due to the nature of his criminal history and the relatively short term of supervised release, the Court denies the request for early termination.

Dated this 22nd day of November, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge